United States District Court
Southern District of Texas

**ENTERED**

May 19, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **KEROLES BEBAWY MELIKA AKHNOUKH,** | § § § | |
| **Petitioner,** | § § | |
| **VS.** | § § | **CIVIL ACTION NO. 5:26-CV-00352** |
| **MIGUEL VERGARA, *et al.*,** | § § § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Petitioner Keroles Bebawy Melika Akhnoukh's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), challenging the lawfulness of his detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS). On April 7, 2026, Respondents filed an advisory and notice to inform the Court that DHS is effectuating Petitioner's final order of removal and intends on removing Petitioner from the United States. (Dkt. 10.) The Court ordered Respondents to provide a status update on whether Petitioner had been removed from the United States by April 24, 2026. (Dkt. 11.) Respondents filed a timely advisory notifying the Court that Petitioner has not yet been removed and has been at the Alexandria Staging Facility since April 23, 2026. (Dkt. 12.)

In light of this information, Respondents are **ORDERED** to provide the Court with another status update on whether Petitioner has been removed from the United States by **May 22, 2026.**

IT IS SO ORDERED.

1 / 2

SIGNED this May 19, 2026.

_____
Diana Saldaña
United States District Judge